TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Amanda Palandri*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Palandri, | Case No.:  2:16-cv-01061-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EDUCATIONAL COMPUTER SYSTEMS, INC.** |
| Educational Computer Systems, Inc., a corporation formed  under the laws of Pennsylvania, and registered to do business in Arizona, | |
| Defendant. | |

Plaintiff, through counsel undersigned, hereby dismisses the within action

against Defendant Educational Computer Systems, Inc., with prejudice and without

costs to either party.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KENT LAW OFFICES

DATED: July 28, 2016

By:___/s/   Trinette G. Kent_____
Trinette G. Kent
Attorneys for Plaintiff,
Amanda Palandri